**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| V.W., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 4:25-CV-42-CDL-AGH |
| : | |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the Commissioner will give further consideration to the prior administrative medical findings in accordance with 20 C.F.R. § 404.1520c; offer the claimant an opportunity for a hearing; take any necessary action to complete the administrative record; and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 31st day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA