```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION
```

V.W.,                                :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :    CASE NO. 4:25-CV-42-CDL-AGH
                                     :
COMMISSIONER OF SOCIAL               :
SECURITY,                            :
                                     :
        Defendant.                   :
                                     :

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Application for Attorneys' Fees under the Equal Access to Justice Act, it is hereby ordered that Plaintiff be awarded attorney fees in the amount of five thousand and six hundred and forty-nine dollars and fifty seven cents ($5,649.57) and four hundred and five dollars ($405.00) in costs reimbursement. The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act ("EAJA"). If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to the offset, *see Astrue v. Ratliff* 130 S. Ct. 2521 (2010), Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and his attorney.

The Clerk shall enter a judgment consistent with this Order.

2

SO ORDERED, this 9th day of December, 2025.

                                    S/Clay D. Land
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA