**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| V.W., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:25-CV-42-CDL-AGH |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and all the supporting documents annexed thereto, as well as the other related filings, and the lack of opposition from the Commissioner,[1] it is ORDERED that:

1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $26,366.00, which the Court finds reasonable for the services rendered. There is no offset for $5,649.57 previously paid under the Equal Access to Justice Act ("EAJA") because the entire EAJA award was applied to pay a debt Plaintiff owed under the Treasury Offset Program.

2. Defendant shall pay $26,366.00 from Plaintiff's past-due

---

[1] According to Plaintiff, Defendant's counsel reviewed the fee petition prior to filing and neither supports nor opposes the request for attorney's fees. Pl.'s Mot. ¶ 15, ECF No. 30.

benefits directly to Plaintiff's attorney, Meredith E. Marcus, for the attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 9th day of June, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2