IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

VERNON WILLIAMS,                                          *

          Plaintiff,                                   *

v.                                                          Case No.  4:25-cv-42 (CDL-AGH)

                                              *

COMMISSIONER OF SOCIAL SECURITY,
                                            *

          Defendant.                                   *

_____          *

**J U D G M E N T**

Pursuant to the Order of this Court filed June 9, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $26,366.00 .

This 9th day of June, 2026.

David W. Bunt, Clerk


s/  Katie Logsdon, Deputy Clerk